UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>FRANKLIN JEREMIAH DIAS, JR.,  )<br>  )<br>      Defendant.  )<br>_____  ) | Case No. 3:22-CR-00083-SLG-KFR |

### JUDGMENT OF DISCHARGE
#### Fed.R.Crim.P. 32(k)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ The court has granted the motion of the government for dismissal without prejudice;
☐ The court has granted the motion of the defendant for a Judgment of Acquittal;
☐ A jury has been waived, and the court has found the defendant NOT GUILTY;
☐ The jury has returned its verdict, finding the defendant NOT GUILTY;
☐ (Other reason, or reasons, if any);

of the offense(s) of Felon in Possession of a Firearm as charged in Count(s) 1 of the Indictment.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

DATED this 10th day of January, 2025.

                                           */s/ Sharon L. Gleason*
                                           SHARON L. GLEASON
                                           UNITED STATES DISTRICT JUDGE